UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS MARTINEZ, | Case No. 5:14-cv-02945-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket Nos. 12 and 13)** |
| TRUNG Q. LE, et al., | |
| Defendants. | |

Based on the parties' case management statements and the case management conference on November 4, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that within 14 days the parties shall meet and confer on an ADR process.[2]

---

[1] *See* Docket No. 14.

[2] *See* Civ. L.R. 16-8(b) and (c); ADR L.R. 3-5(b)-(d).

1

Case No. 5:14-cv-02945-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Dispositive Motions Hearing..................................................................September 15, 2015

Pre-Trial Conference .................................................................................October 20, 2015

Jury Trial ................................................................................................November 2, 2015

**SO ORDERED.**

Dated: November 10, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge