UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>TRUNG Q. LE, et al.,<br><br>          Defendants. | Case No. 14-cv-02945-PSG<br><br>**ORDER TO SHOW CAUSE** |

The court issued its scheduling order in this case on November 10, 2014.[1] In that order, the court scheduled a jury trial for November 2, 2015 and the pre-trial conference on October 20, 2015. However, in light of the parties' failure to submit any dispositive motions or pre-trial filings—or, indeed, any filings at all over the past eleven months—the court ORDERS Plaintiff Juan Carlos Martinez to show cause by October 16, 2015, at 5:00 PM why this case should not be dismissed for failure to prosecute. The pre-trial conference scheduled for October 20, 2015, is vacated.

**SO ORDERED.**

Dated: October 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 15.

Case No. 14-cv-02945-PSG
ORDER TO SHOW CAUSE

1