UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUNG Q. LE, et al.,<br><br>        Defendants. | Case No. 14-cv-02945-PSG<br><br>**VERDICT FORM** |

# VERDICT FORM

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON LIABILITY

1. Did Plaintiff Juan Carlos Martinez perform work for Defendants Trung Q. Le and Letech Manufacturing, Inc.?

    Yes _____ No _____

    **If you answered "Yes," then answer the next question. If you answered "No," stop here, answer no further questions and proceed to page 5.**

2. Did Mr. Martinez have an hourly wage rate of $10.00 per hour throughout his employment with Defendants?

    Yes _____ No _____

    **Proceed to the next question.**

3. Did Mr. Martinez work overtime hours?

    Yes _____ No _____

    **If you answered "Yes," then answer the next question. If you answered "No," proceed to question 7.**

4. Did Defendants know, or should Defendants have known, that Mr. Martinez had worked overtime hours?

    Yes _____ No _____

    **If you answered "Yes," then answer the next question. If you answered "No," proceed to question 7.**

5. Was Mr. Martinez paid at a rate lower than the legal overtime compensation rate for any overtime hours that he worked for Defendants?

    Yes _____ No _____

    **If you answered "Yes," then answer the next question. If you answered "No," proceed to question 7.**

6. Did Defendants intentionally fail to pay Mr. Martinez overtime wages?

   Yes _____ No _____

**Proceed to the next question.**

7. Did Mr. Martinez' employment with Defendants end on September 6, 2013?

   Yes _____ No _____

**If you answered "Yes," then answer the next question.  If you answered "No," proceed to question 10.**

8. Did Defendants fail to pay the full amount of wages due to Mr. Martinez by October 6, 2013?

   Yes _____ No _____

**If you answered "Yes," then answer the next question.  If you answered "No," proceed to question 10.**

9. Did Defendants willfully fail to pay these wages?

   Yes _____ No _____

**Proceed to the next question.**

10. Did Defendants engage in an unfair business practice by violating state and federal wage and hour laws?

    Yes _____ No _____

**Proceed to the next question.**

**FINDINGS ON DAMAGES**

11. What are Mr. Martinez' damages, if any?

$ _____    Overtime Wages Owed

**Proceed to the next page.**

4

Case No. 14-cv-02945-PSG
VERDICT FORM

**Have the presiding juror sign and date this form.**

Signed: _____
                **Presiding Juror**

Dated: _____

After this verdict form has been signed and dated, notify the courtroom deputy that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: February 23, 2016

_Paul S. Grewal_ (signature)
PAUL S. GREWAL
United States Magistrate Judge