UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUNG Q. LE, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02945-PSG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES**<br><br>**(Re: Docket No. 46)** |

Before the court is a motion for attorney's fees by Plaintiff Juan Carlos Martinez.[1] Because Martinez prevailed on his claims under the Fair Labor and Standards Act at trial,[2] he argues that the FLSA entitles him to recover reasonable attorney's fees and costs of litigation.[3] Defendants Trung Q. Le and Letech Manufacturing, Inc. have not opposed the motion. Pursuant to Civ. L.R. 7-1(b), the court finds the motion suitable for disposition without oral argument and vacates the hearing currently scheduled for tomorrow. The motion is GRANTED as unopposed.

**SO ORDERED.**

Dated: April 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 46.

[2] *See* Docket Nos. 39, 43.

[3] *See* 29 U.S.C. § 216(b).

1
Case No. 14-cv-02945-PSG
ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES